JOHN A. SHEPARDSON, ESQ.   SBN: 129081
59 N. Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
T: (408) 395-3701
F: (408) 395-0112
E-mail: shepardsonlaw@me.com

Attorney for Plaintiff,
RAY WALLER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY WALLER, | CASE NO.: 1:09-CV-01317-LJO-SMS |
| Plaintiff, | |
| vs. | **NOTICE OF PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL AND ORDER** |
| COUNTY OF CALAVERAS, | |
| Defendants. | |

Plaintiff RAY WALLER hereby requests the Court to Dismiss without prejudice the entire First Cause of Action of Plaintiff's Verified Complaint for Damages and Request for Jury Trial.

Dated: October 22, 2009

/S/ JOHN A. SHEPARDSON
JOHN A. SHEPARDSON, Attorney for
RAY WALLER, Plaintiff

IT IS SO ORDERED:

DISMISSAL WITHOUT PREJUDICE OF THE FIRST CAUSE OF ACTION OF PLAINTIFF'S COMPLAINT IS HEREBY GRANTED AND ENTERED AS REQUESTED.

Dated: October 23, 2009          /s/ Lawrence J. O'Neill
                                  HON. LAWRENCE J. O'NEILL
                                  U.S. DISTRICT JUDGE

1