JOHN A. SHEPARDSON, ESQ.     SBN: 129081
59 N. Santa Cruz Avenue, Suite Q
Los Gatos, CA  95030
T:  (408) 395-3701
F:  (408) 395-0112
E-mail:  shepardsonlaw@me.com

Attorney for Plaintiff,
RAY WALLER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAY WALLER, | ) CASE NO.:  1:09-CV-01317-LJO-SMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO REMAND AND ORDER** |
| COUNTY OF CALAVERAS, | ) |
| Defendants. | ) |

The parties hereby stipulate to remand the above-captioned action to the Calaveras County Superior Court.  The Plaintiff RAY WALLER does not have causes of action under federal law, thus remand is appropriate.

Dated:  11/2/09                          /S/ JOHN A. SHEPARDSON
                                         JOHN A. SHEPARDSON, Attorney for
                                         Plaintiff RAY WALLER


Dated:  10/30/09                         /S/ SOPHIA KWAN
                                         SOPHIA KWAN of PORTER SCOTT, a PLC,
                                         Attorney for Defendant COUNTY OF CALAVERAS

**ORDER**

Pursuant to the parties stipulation this matter is remanded to the Calaveras County Superior Court.  The Clerk of the Court is directed to close this action.

Dated:  11/4/09                          /S/ LAWRENCE J. O'NEILL
                                         HONORABLE LAWRENCE J. O'NEILL
                                         U.S. DISTRICT COURT JUDGE